H. LINSLY JOHNSON, as Trustee in Bankruptcy of FRANKLIN TYPEWRITER COMPANY, Respondent, *v.* LEVI L. TOWER et al., Appellants, Impleaded with Another.

*Gove* v. *Morton Trust Co.*, 122 App. Div. 916, affirmed.
(Argued January 11, 1909; decided January 26, 1909.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 9, 1907, unanimously affirming a

judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to set aside a certain deed of trust covering personal property of the bankrupt herein.

*Charles Howard Williams, Howard H. Williams* and *James D. Williams* for appellants.

*John R. Abney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.